IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL NICOLE THOMAS., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAJAZI, | : | No. 23-cv-304 |
| Acting Commissioner of Social | : | |
| Security. | : | |

**ORDER**

AND NOW on this 31st day of October 2023, upon consideration of Plaintiff Crystal Nicole Thomas's Brief and Statement of Issues in Support of her Request for Review (Doc. 8), the Commissioner's Response (Doc. 9), and the Plaintiff's Reply (Doc. 10), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The final decision of the Commissioner denying Thomas benefits is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Court's Memorandum Opinion accompanying this Order; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE